IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIMMY JOHN'S ENTERPRISES, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> HALSTED STREET INTERNATIONAL, INC. d/b/a HALSTED STREET DELI RESTAURANTS, INC., an Illinois corporation, <br><br> Defendant. | ) ) ) ) ) ) ) Case No.   10 CV 6458 ) ) ) ) ) ) ) |

## NOTICE OF MOTIONS & CERTIFICATE OF SERVICE

TO:   Halsted Street International, Inc.
    d/b/a Halsted Street Deli Restaurants, Inc.
    c/o Ira J. Marcus, Registered Agent
    19 S. LaSalle Street, Suite 1500
    Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on **October 19, 2010** at **10:15 a.m.,** we will appear before the Honorable Judge James Zagel in Courtroom 2503 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiff's Motions for a Preliminary Injunction Against Defendant and for Leave to File Supporting Memorandum in Excess of 15 Pages** *Instanter*, a copy of which is hereby served on you.

October 8, 2010                    Respectfully submitted,

                        **JIMMY JOHN'S ENTERPRISES, LLC**


                        By:    /s/ Christopher S. Wunder
                            One of its attorneys

Dean J. Papadakis (#06225796)
Dean Gournis (#06229340)
Christopher S. Wunder (#6287720)
KAPLAN PAPADAKIS & GOURNIS, P.C.
180 N. LaSalle Street
Suite 2108
Chicago, Illinois 60601
(312) 726-0531

    The undersigned, one of the attorneys for Plaintiff, hereby certifies that he served the forgoing Notice and accompanying pleadings to the parties listed above by electronic filing the same and by causing a true copy thereof to be deposited into a United States Postal Service box located at 180 North LaSalle Street, Chicago, Illinois on or before 5:00 p.m. on October 8, 2010.

                        By:   /s/ Christopher S. Wunder

Dean J. Papadakis (#06225796)
Dean Gournis (#06229340)
Christopher S. Wunder (#6287720)
KAPLAN PAPADAKIS & GOURNIS, P.C.
180 N. LaSalle Street
Suite 2108
Chicago, Illinois 60601
(312) 726-0531